UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATSAKIAN ) | |
| ) | 1:11-CV-00694 OWW DLB |
| Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION FOR |
| v. ) | FAILURE TO SUBMIT |
| ) | STIPULATED DISMISSAL |
| MAIN STREET ACQUISTIONS CORP. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

　　The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

　　IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 7, 2011**　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1